

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        In re Valero Refining–Texas, L.P., Relator

Appellate case number:      01-15-00566-CV

Trial court case number:    12-CV-1541

Trial court:                212th District Court of Galveston County

On June 29, 2015, relator, Valero Refining–Texas, L.P, filed a petition for a writ of mandamus seeking to vacate the respondent trial court's December 30, 2014 order granting the motion for new trial filed by the real parties in interest, Vernon Fox and Mikki Fox, and to reinstate the take-nothing judgment on the jury's verdict in relator's favor. The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days** from the date of this order. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                 ☒ Acting individually

Date: July 9, 2015